35 So.2d 362

### Leonard M. LOWREY v. STATE.

### 2 Div. 255.

Supreme Court of Alabama.
April 29, 1948.

Rehearing Denied May 20, 1948.

DeGraffenried & McDuffie, of Tuscaloosa, and John W. Drinkard, of Linden, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas T. Hardin, Asst. Atty. Gen., for the State.

STAKELY, Justice.

Petition of Leonard M. Lowrey, alias Leonard M. Lowrey, Sr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Lowrey v. State, Ala. App., 35 So.2d 360.

The writ is denied on the authority of Tortomasi v. State, 238 Ala. 253, 189 So. 905; Brown v. State, 249 Ala. 412, 31 So.2d 684.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.